1
2
3
4              UNITED STATES DISTRICT COURT
5              EASTERN DISTRICT OF WASHIGNTON
6
7
   STEVEN D. CARSTENS,              No. 2:12cv562-JPH
8
9         Plaintiff,                JUDGMENT
          v.
10 CAROLYN W. COLVIN, Acting
11 Commissioner of Social Security,
12
          Defendant.
13
14     **DECISION BY THE COURT:**
15
16     This action came to hearing before the Court. The issues have been heard
17 and a decision has been rendered.
18
       **IT IS ORDERED AND ADJUDGED** that:
19
20     Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion
21 for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for
22 Defendant.
23     DATED:  January 13, 2014
24
25                              SEAN McAVOY
                                District Court Executive/Clerk
26
27                              s/ L. Stejskal
                                Deputy Clerk
28